UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WITKIN,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>S. SOLIS, et al.,<br><br>　　　　　　　Defendants.<br>_____/ | CASE No. 1:12-cv-01256-MJS (PC)<br><br>ORDER DENYING PLAINTIFF'S MISCELLANEOUS MOTIONS<br><br>(ECF Nos. 5, 9) |

　　　　Plaintiff Michael Witkin, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action on August 2, 2012 pursuant to 42 U.S.C. § 1983. (ECF No. 1.) The Complaint has not yet been screened by the Court.

　　　　On August 13, 2012, Plaintiff filed a Notice of Lodging with the Court Clerk of prison appeal documentation meant to be included as Exhibit 10 to his Complaint. (ECF No. 5.) On September 21, 2012, Plaintiff filed a Motion to Extend Time to File a Notice re Consent to Magistrate Judge jurisdiction. (ECF No. 9.) The Notice of Lodging and Motion to Extend Time are now before the Court.

-1-

The Notice of Lodging (ECF No. 5), construed as a motion to supplement the Complaint, is denied. Amended pleadings must be complete within themselves without reference to another pleading. Partial amendments are not permissible. Local Rule 220. A plaintiff may not supplement as to events occurring prior to the date of the pleading to be supplemented. Fed. R. Civ. P. 15(d). Here Plaintiff seeks to impermissibly file a partial amendment supplementing the operative pleading. Plaintiff presently may file an amended complaint as a matter of course and without Court approval if he so desires. Fed. R. Civ. P. 15; Local Rule 220. Plaintiff may not file evidence with the Court at this time. The Court is not a repository for evidence.

The Motion to Extend Time (ECF No. 9) is denied as moot. Plaintiff filed his Consent to Magistrate Judge jurisdiction (ECF No. 7) with the Court on September 21, 2012.

Accordingly, for the foregoing reasons, it is hereby ordered that Plaintiff's Notice of Lodging (ECF 5) and Motion to Extend Time (ECF No. 9) are DENIED.

IT IS SO ORDERED.

Dated:   September 24, 2012        /s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE