# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL AARON WITKIN,<br><br>                Plaintiff,<br><br>     v.<br><br>S. SOLIS,<br><br>                Defendant. | Case No. 1:12-cv-01256-AWI-MJS (PC)<br><br>ORDER THAT INMATE MICHAEL AARON WITKIN IS NO LONGER NEEDED AS A PARTICIPANT IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IF DISCHARGED |

A settlement conference in this matter commenced on November 1, 2016, inmate Michael Aaron Witkin CDCR Inmate No. F-08703, is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:    **November 1, 2016**                              _____
                                                                                  UNITED STATES MAGISTRATE JUDGE

1