# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL AARON WITKIN, <br><br> Plaintiff, <br><br> v <br><br> S. SOLIS, et al., <br><br> Defendants. | Case No.  1:12-cv-01256-AWI-MJS <br><br> ORDER FOLLOWING SETTLEMENT; VACATING DATES AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS WITHIN THIRTY DAYS |

On November 1, 2016, this Court conducted a settlement conference in this aciton. During the settlement conference, the parties reached a settlement agreement which was set forth on the record.

Based upon the settlement of this action, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and
2. Dispositional documents shall be filed within thirty (30) days from the date of service of this order.

IT IS SO ORDERED.

Dated:   **November 1, 2016**

UNITED STATES MAGISTRATE JUDGE

1